FILED

01/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0549

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0549

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ALEXANDER MADDEN,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 10, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 4 2021